# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: STRYKER LFIT V40 FEMORAL HEAD
PRODUCTS LIABILITY LITIGATION**                    MDL No. 2768

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO −1)

On April 5, 2017, the Panel transferred 3 civil action(s) to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2017). Since that time, no additional action(s) have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Indira Talwani.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Talwani.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of April 5, 2017, and, with the consent of that court, assigned to the Honorable Indira Talwani.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Apr 17, 2017**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

## SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| <u>DIST</u> | <u>DIV.</u> | <u>C.A.NO.</u> | <u>CASE CAPTION</u> |
|---|---|---|---|

**ALASKA**

| AK | 3 | 17−00050 | Schulz v. Howmedica Osteonics et al |
| AK | 4 | 17−00001 | Witt et al v. Howmedica Osteonics Corp. |

**FLORIDA MIDDLE**

| FLM | 5 | 17−00123 | Gmuer v. Howmedica Osteonics et al |

**GEORGIA MIDDLE**

| GAM | 5 | 17−00081 | DALE, et al v. HOWMEDICA OSTEONICS CORP |

**ILLINOIS NORTHERN**

| ILN | 1 | 17−00587 | Haltman v. Howmedica Osteonics Corporation |

**MINNESOTA**

| MN | 0 | 16−02073 | Denne et al v. Howmedica Osteonics Corporation et al |
| MN | 0 | 17−00742 | Smeins v. Howmedica Osteonics Corp. |
| MN | 0 | 17−00771 | Pitts v. Howmedica Osteonics Corp. |

**NEW JERSEY**

| NJ | 3 | 17−00416 | KUEHL v. HOWMEDICA OSTEONICS et al |
| NJ | 3 | 17−00417 | SHERMAN v. HOWMEDICA OSTEONICS et al |
| NJ | 3 | 17−00465 | PEREZ v. HOWMEDICA OSTEONICS et al |
| NJ | 3 | 17−00751 | MCGUIRE v. HOWMEDICA OSTEONICS et al |
| NJ | 3 | 17−02010 | FROST et al v. HOWMEDICA OSTEONICS et al |
| NJ | 3 | 17−02034 | TRENT v. HOWMEDICA OSTEONICS et al |

**NEW YORK SOUTHERN**

| ~~NYS~~ | ~~7~~ | ~~16−05774~~ | ~~Gidora v. Stryker Corp. et al~~  Opposed 4/14/17 |

**PENNSYLVANIA EASTERN**

| PAE | 5 | 17-01056 | ANDRUKAITIS et al v. HOWMEDICA OSTEONICS et al |
|-----|---|----------|------------------------------------------------|

## PENNSYLVANIA WESTERN

| PAW | 2 | 16-00734 | KELLER et al v. HOWMEDICA OSTEONICS CORPORATION |
|-----|---|----------|-------------------------------------------------|

## TEXAS SOUTHERN

| TXS | 4 | 17-00190 | Brown et al v. Howmedica Osteonics Corporation et al |
|-----|---|----------|-------------------------------------------------------|
| TXS | 4 | 17-00724 | Sadler v. Howmedica Osteonics Corp. |

## WASHINGTON WESTERN

| WAW | 3 | 17-05219 | Bridges v. Howmedica Osteonics Corporation et al |
|-----|---|----------|---------------------------------------------------|

## WISCONSIN WESTERN

| WIW | 3 | 17-00079 | Proue, Ardis et al v. Howmedica Osteonics |
|-----|---|----------|--------------------------------------------|
| WIW | 3 | 17-00080 | Segerstrom, Steven et al v. Howmedica Osteonics |

I hereby certify on 4/19/17 that the foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☑ electronically filed original filed on 4/7/17
☐ original filed in my office on _____

Robert M. Farrell
Clerk, U.S. District Court
District of Massachusetts

By: _____
Deputy Clerk